# EXHIBIT A

```
              IN THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                           - - -

   UNITED STATES OF AMERICA  :  CRIMINAL ACTION
                             :  11-CR-175
             Plaintiff       :
        vs.                  :  Allentown, Pennsylvania
                             :  September 9, 2011
                             :
   LISA FOLAJTAR             :
                             :
             Defendant       :  SENTENCING HEARING
   - - - - - - - - - - - - - - - - - - - - - - - - - -

                           - - -

         BEFORE THE HONORABLE JAMES KNOLL GARDNER
             UNITED STATES DISTRICT COURT JUDGE

                           - - -

   APPEARANCES:

   For the Plaintiff:      VIRGIL B. WALKER, ESQUIRE
                           UNITED STATES ATTORNEY'S OFFICE
                           615 Chestnut Street, Suite 1250
                           Philadelphia, Pennsylvania  19106

   For the Defendant:      ROBERT E. GOLDMAN, ESQUIRE
                           535 Hamilton Street, Suite 302
                           Allentown, Pennsylvania  18101


   Also Present:           Tyler K. Boyer, IRS Special Agent

                           Alex Posey, Probation Officer
   Deputy Clerk/
   ESR Operator:           Jennifer Fitzko




                           - - -

   TRANSCRIBED BY:         Drummond Transcription Service
                           Haddon Heights, New Jersey  08035

       Proceedings recorded by electronic sound recording,
   transcript produced by computer-aided transcription
   service.
```

1          THE COURT:  And you mentioned in one of your
2    questions, that -- or perhaps it was a statement or a statement
3    that she affirmed -- that this morning you delivered to the
4    Internal Revenue Service, a check for $121,000.00 -- $121,217.00
5    -- for the balance of the penalty and interest due as a result
6    of this tax-evasion charge.
7          What was the total amount of taxes, interest and
8    penalties that she had paid to date, including the $121,000.00
9    check for the balance due this morning?
10         MR. GOLDMAN:  The total, your Honor, is $257,796.39.
11         THE COURT:  All right, thank you.
12         Now, Mr. Walker, Mr. Goldman indicated that his client
13   was going to exercise her right of allocution, which she -- she
14   had every right to do and was not going to testify, but in fact,
15   what he presented was her testimony through questions and
16   answers.  And accordingly, you do have the right to cross-
17   examine her on anything she said, would you agree with that, Mr.
18   Goldman?
19         MR. GOLDMAN:  I'd have no problem with that, your
20   Honor, if Mr. Walker would like to ask questions.
21         THE COURT:  All right.
22         Do you have any cross-examination for the defendant?
23         MR. WALKER:  I do not, your Honor.
24         THE COURT:  All right, very well.
25         Then, Mr. Goldman, have you now presented everything

# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal Case No. 11-175-01 |
| v. : | |
| : | |
| LISA FOLAJTAR : | |

### DEFENDANT FOLAJTAR'S SENTENCING MEMORANDUM

Defendant Lisa Folajtar will appear before this Court on September 9, 2011 for sentencing. This memorandum in aid of sentencing is respectfully submitted through her counsel.

**I.  Preliminary Statement**

On May 13, 2011, Mrs. Folajtar entered a guilty plea before this Court to one count of filing a false tax return, in violation of 26 U.S.C., Section 7206(1).  Since the time of the filing of the charge, Mrs. Folajtar has attempted to make amends for her offense through the prompt payment of outstanding taxes, penalty and interest.  Publicly disgraced by her acts, she will stand as a convicted felon with the loss of rights that follow that status.  The offense of conviction is an aberration in an otherwise exemplary life and career.

It is clear to any practitioner of white collar criminal law that even good people commit criminal acts and that there is more substance to almost any man or woman than simply being broadly and conclusively defined by the wrong acts that bring them into public rebuke. The government has recognized in its sentencing memorandum that this case may be appropriate for a sentence other than incarceration.  And now, as a result of these offenses, the defendant will stand in federal court as the focus of this Court's good judgment and discretion.  Fifty-seven years of age, Mrs. Folajtar, humbled by her offense, appears before this Court simply requesting that the Court recognize that the offenses of conviction do not define the woman that she is and