**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA FOLAJTAR** : | |
|       Plaintiff : | |
| : | |
| **v.** : | Civil Action No. 18-2717 |
| : | |
| **JEFFERSON B. SESSIONS III, et al.** : | |
|       Defendants : | |

## PRAECIPE TO ENTER APPEARANCE

Kindly enter my appearance on behalf of the Plaintiff Lisa Folajtar.

Respectfully Submitted,

_____
Adam Kraut, Esq.
Attorney Id. No. 318482
AKraut@CivilRightsDefenseFirm.com
Civil Rights Defense Firm, P.C.
646 Lenape Road
Bechtelsville, PA 19505
(888) 202-92973 (t)
(610) 400-8439 (f)