UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA M. FOLAJTAR, Plaintiff, | |
| v. | No. 5:18-cv-02717 |
| WILLIAM P. BARR,[1] *Attorney General of the United States*; THOMAS E. BRANDON, *Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives*; and CHRISTOPHER A. WRAY, *Director of the Federal Bureau of Investigation* Defendants. | |

# O R D E R

**AND NOW**, this 22nd day of February, 2019, upon consideration of Plaintiff's Complaint, ECF No. 1; Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 3; Plaintiff's Response to Defendant's Motion to Dismiss, ECF No. 5; Defendants' Reply, ECF No. 6; Plaintiff's Sur-Reply, ECF No. 9, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that:

1. Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 3, is **GRANTED**;
2. Plaintiff's Complaint is **DISMISSED** with prejudice; and
3. The Clerk of Court is directed to close this matter.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General Barr, as former Acting General Whitaker's successor, is automatically substituted as the defendant in this action. *See* Fed. R. Civ. P. 25(d).