IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LISA FOLAJTAR** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No. 5:18-cv-02717 |
| | : | |
| **JEFFERSON B. SESSIONS III, et al.** | : | |
| Defendants | : | |

## Notice of Appeal

PLEASE TAKE NOTICE that Plaintiff Lisa Folajtar hereby appeal to the United States Court of Appeals for the Third Circuit from the Court's Opinion [ECF Doc. 12] and Order [ECF Doc. 13] entered on February 22, 2019.


Dated: March 27, 2019                                                      Respectfully submitted,

/s/ Joshua Prince_____                           /s/ Adam Kraut_____
Joshua Prince, Esq.                                           Adam Kraut, Esq.
I.D. #306521                                                      I.D. # 318482
Civil Rights Defense Firm, P.C.                         Civil Rights Defense Firm, P.C.
646 Lenape Rd                                                  646 Lenape Rd
Bechtelsville, PA 19505                                    Bechtelsville, PA 19505
610-845-3803 (t)                                               610-845-3803 (t)
610-845-3903 (f)                                               610-845-3903 (f)
Joshua@civilrightsdefensefirm.com           AKraut@civilrightsdefensefirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Adam Kraut, Esq., of Civil Rights Defense Firm, P.C. hereby certify that I served a copy of the *Notice of Appeal* through the Court's ECF system, as follows:

Paul J. Koob
paul.koob@usdoj.gov

**Civil Rights Defense Firm, P.C.**

Date: March 27, 2019                              By:

/s/ Adam Kraut_____
Adam Kraut, Esq.
Attorney Id. No. 318482
Prince Law Offices, P.C.
646 Lenape Rd.
Bechtelsville, PA 19505
610-845-3803 ext 81115
610-845-3903 (fax)
AKraut@civilrightsdefensefirm.com